213 So.2d 243

**Jesse G. ARGO**

**v.**

**STATE.**

**6 Div. 604.**

Supreme Court of Alabama.

July 18, 1968.

Jesse G. Argo, pro se.

MacDonald Gallion, Atty. Gen., opposed.

MERRILL, Justice.

Petition of Jesse G. Argo for certiorari to the Court of Appeals to review and revise the judgment and decision after remandment in Argo v. State, 44 Ala.App. 461, 213 So.2d 241.

Writ denied.

LIVINGSTON, C. J., and LAWSON and HARWOOD, JJ., concur.

212 So.2d 608

**Calvin BAKER**

**v.**

**STATE.**

**5 Div. 862.**

Supreme Court of Alabama.

July 11, 1968.

C. C. Torbert, Jr., W. F. Horsley of Samford, Torbert & Denson, Opelika, for petitioner.

MacDonald Gallion, Atty. Gen. and Lloyd G. Hart, Asst. Atty. Gen., opposed.

COLEMAN, Justice.

Petition of Calvin Baker for certiorari to the Court of Appeals to review and revise the judgment and decision in Baker v. State, 44 Ala.App. 440, 212 So.2d 605.

Writ denied.

LIVINGSTON, C. J., and LAWSON and KOHN, JJ., concur.